No. 75–1430. ROBINSON *v.* CITY OF CHICAGO. Appeal from App. Ct. Ill., 1st Dist., dismissed for want of substantial federal question. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 75–6605. WHITE *v.* GUILD. Appeal from C. A. 4th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.